No. 89-616. SCHOENFIELD v. COUNTY OF HUMBOLDT ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-635. NATIONAL FEDERATION OF FEDERAL EMPLOYEES v. CHENEY, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89-671. AMERICAN INSURANCE CO. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89-679. BELL ET AL. v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89-690. HURWITZ v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 89-751. WILEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89-786. CARRUTHERS, GOVERNOR OF NEW MEXICO, ET AL. v. DURAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 89-819. COLLINS ET AL. v. WOMANCARE ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-825. ENGLISH ET UX., INDIVIDUALLY AND AS GUARDIANS OF ENGLISH v. NEW ENGLAND MEDICAL CENTER HOSPITAL, INC. Sup. Jud. Ct. Mass. Certiorari denied.

No. 89-826. FIRST ENGLISH EVANGELICAL LUTHERAN CHURCH OF GLENDALE, CALIFORNIA v. COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.